**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

    **v.**                                                                              **CR. 05-342-15**

**JOSE HUGO ALVAREZ-LOZANO**

**ORDER**

Upon consideration of the Defendant's Motion for Early Disclosure of Exculpatory Information regarding government witnesses and the Government's response thereto,

**It is Hereby Ordered** that the Government disclose facts and information about confidential informants, special employees and cooperating witnesses by _____ **So Ordered** this _____day of _____2008.

_____

**Chief** Judge Royce C Lamberth