A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States of America

   Plaintiff(s)  )
         ) **APPEARANCE**
         )
         )
   vs.     ) CASE NUMBER CR-05-342-RCL
Alvaro Serrano Archbold-Manner, et al )
         )
   Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Teresa A. Wallbaum__ as counsel in this
         (Attorney's Name)

case for: __United States of America__
     (Name of party or parties)

August 14, 2008
Date

_(signature)_
Signature

Teresa A. Wallbaum
Print Name

Illinois # 6211941
BAR IDENTIFICATION

1400 New York Ave, NW
Address

Washington, DC 20530
City  State  Zip Code

(202) 616-5193
Phone Number