LANCHA AZUL (GERMAN)
LANCHA ROJA (GERMAN)
ANGELO 3154236384
MATEO ADMIN LANCHAS
SANTANDER CARABALLO
N. WILSON 3157330417
HUESOS (MECANICO)
HERNAN MEXICO
CARLOS MEXICO
ROSALINO CALDERON EL MEXICANO 3106261141
EL INDIO (EL QUE CRUZA ESO AL OTRO 3116837349
FABIAN
BARBAS 3116732311
FERNANDO 3114361495
N. JULIO (VENEZUELA)
N. ANDRES (MEXICO)
SOBRINO DE ANDRES (MEXICO)
N. GUSTAVO
N. JUAN CARLOS (CALI) 3104194703
YOLANDA ZULUAGA 3157167220
V. CARABALLO (CARTAGENA) 661-9521
GERMAN VILLEGAS 3112645778
SOCIO CARTAGENA 3106562554
MIGUEL CALI 3154095803
RAFAEL CARABALLO (BARRANQUILLA) 3114035075
N. JESUS (CHUCHO)
COTIZACION MEXICANOS 3106562554
RANFER (EL QUE AVERIGUA EMPRESAS) 3107047122
N. CARLOS MASUEGRA 3117441917
N. JUAN CARLOS (MISTERIO) 3157440853
N. ELKIN
N.WILLIAN 3156352426
N FERNADO
N. GUILLERMO 3106562554
DON MAURICIO
Exhibit A